```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
In re:                                                         Case No. 14-04268-JJT
Wojciech Waskiewicz                                            Chapter 13
Irena Waskiewicz
         Debtors                CERTIFICATE OF NOTICE
District/off: 0314-5     User: karendavi        Page 1 of 1         Date Rcvd: Sep 23, 2016
                         Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
4596091        +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    CitiBank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, as trustee for Palisades Mortgage Loan Trust, Series 2013-4
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
               Memorial Hospital slipson@thslaw.com, dbarton@thslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Joint Debtor Irena   Waskiewicz
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent Rubino    on behalf of Debtor Wojciech   Waskiewicz
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04268-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Wojciech Waskiewicz
518 Lambertson Drive
Albrightsville PA 18210

Irena Waskiewicz
518 Lambertson Drive
Albrightsville PA 18210

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2016.

Name and Address of Alleged Transferor(s):

Claim No. 21: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
MOMA Funding LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/25/16

Terrence S. Miller
**CLERK OF THE COURT**