## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WOJCIECH WASKIEWICZ  Case No.: 5-14-04268-RNO
IRENA WASKIEWICZ  Chapter 13
    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | RUSHMORE LOAN MGMT SERVICE |
| Court Claim Number: | 36 |
| Last Four of Loan Number: | 1687 518 LAMBERTSON DR |
| Property Address if applicable: | 518 LAMBERTSON DRIVE, , ALBRIGHTSVILLE, PA18210 |

**PART 2:  CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,190.00 |
| b. | Prepetition arrearages paid by the Trustee: | $5,190.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $5,190.00 |

**PART 3:  POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 13, 2019　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  RUSHMORE LOAN MGMT SERVICE
Court Claim Number:  36

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 0360 | 1134114 | 09/02/2015 | $348.91 | $0.00 | $348.91 |
| 0360 | 1135912 | 10/06/2015 | $581.58 | $0.00 | $581.58 |
| 0360 | 1137602 | 11/04/2015 | $384.25 | $0.00 | $384.25 |
| 0360 | 1140381 | 12/03/2015 | $377.84 | $0.00 | $377.84 |
| 0360 | 1142099 | 01/07/2016 | $377.84 | $0.00 | $377.84 |
| 0360 | 1143734 | 02/03/2016 | $377.84 | $0.00 | $377.84 |
| 0360 | 1145366 | 03/02/2016 | $377.84 | $0.00 | $377.84 |
| 0360 | 1147124 | 04/06/2016 | $566.76 | $0.00 | $566.76 |
| 0360 | 1148790 | 05/04/2016 | $377.84 | $0.00 | $377.84 |
| 0360 | 1150509 | 06/14/2016 | $566.76 | $0.00 | $566.76 |
| 0360 | 1151957 | 07/07/2016 | $188.92 | $0.00 | $188.92 |
| 0360 | 1153465 | 08/04/2016 | $283.38 | $0.00 | $283.38 |
| 0360 | 1155012 | 09/01/2016 | $380.24 | $0.00 | $380.24 |
| 0360 | 1156655 | 10/05/2016 | $573.96 | $0.00 | $573.96 |
| 0360 | 0 | 10/18/2016 | $-573.96 | $0.00 | $-573.96 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WOJCIECH WASKIEWICZ  Case No.: 5-14-04268-RNO
IRENA WASKIEWICZ  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 13, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| RUSHMORE LOAN MANAGEMENT SERVICES<br>15480 LAGUNA CANYON ROAD S<br>IRVINE, CA, 92618 | SERVED BY 1ST CLASS MAIL |
| WOJCIECH WASKIEWICZ<br>IRENA WASKIEWICZ<br>518 LAMBERTSON DRIVE<br>ALBRIGHTSVILLE, PA 18210 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 13, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com