```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 14-04268-RNO
Wojciech Waskiewicz                                         Chapter 13
Irena Waskiewicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: TWilson        Page 1 of 1        Date Rcvd: Sep 13, 2019
                          Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.
db/jdb        +Wojciech Waskiewicz,   Irena Waskiewicz,   518 Lambertson Drive,
               Albrightsville, PA 18210-7825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust et al bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    CitiBank, N.A. jschalk@barley.com,   sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust et al bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, as trustee for Palisades Mortgage Loan Trust, Series 2013-4
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
               Memorial Hospital slipson@nmmlaw.com,   dbarton@nmmlaw.com
              Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust et al tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Irena  Waskiewicz
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Wojciech  Waskiewicz
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                               TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Wojciech Waskiewicz,<br>**Debtor 1**<br><br>Irena Waskiewicz,<br>aka Irene Waskiewicz, aka Irena Z. Waskiewicz,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:14−bk−04268−RNO |

Social Security No.:
        xxx−xx−5473        xxx−xx−3064

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 13, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

**fnldec** (05/18)